**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Washington Field Office
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/17/2024

**To:** Mrs. Aidaliz Aponte Mojica
2325 Terrapin Xing
Jessup, MD 20794

Charge No: 570-2023-01637

EEOC Representative and email:   PHILLIP HOEFS
Deputy Director
phillip.hoefs@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2023-01637.

On behalf of the Commission,

Digitally Signed By: Mindy E. Weinstein
04/17/2024

Mindy E. Weinstein
Director

**Cc:**
Chuck Alt
Forvis
4350 Congress St, Ste 900
Charlotte, NC 28209

Amos Jones
Amos Jones Law Firm
1717 Pennsylvania Ave NW.
Washington, DC 20006


Please retain this notice for your records.